# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES JACKSON, et al.,

          Plaintiffs,

vs.

LAS VEGAS SANDS CORP., et al.,

          Defendants.

Case No. 2:11-cv-01830-GMN-PAL

**ORDER**

(Mtn for Exception - Dkt. #18)

This matter is before the court on the Declaration of Counsel in Support of Plaintiffs James Jackson and James Martin's Request for Exception to Attendance Requirements of Early Neutral Evaluation Session (Dkt. #18) filed January 26, 2012. Plaintiffs James Jackson and James Martin seek an order allowing them to be excused from the ENE session scheduled for February 2, 2012. Counsel represents that Mr. Jackson is out of the jurisdiction on military duty for the United States Naval Reserve, and he will not return until February 6, 2012. Plaintiff Martin is scheduled to undergo heart surgery on February 2, 2012. Thus, both Plaintiffs are unavailable to attend the ENE.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that Plaintiffs James Jackson and James Martin are excused from attending the ENE session scheduled for February 2, 2012.

Dated this 30th day of January, 2012.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE